IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **TIMOTHY A. DULANEY,** | 2:10-CV-1389-SU |
| Plaintiff, | ORDER |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |


**JAMES S. COON**
Swanson Thomas & Coon
820 S.W. Second Avenue, Suite 200
Portland, OR 97204
(503) 228-5222

      Attorneys for Plaintiff


1 - ORDER

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003
**DAVID MORADO**
Regional Chief Counsel
**GERALD J. HILL**
**WILLY M. LE**
Special Assistants United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2139

          Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#28) on December 2, 2011, in which she recommends this Court should affirm the decision of the Commissioner that Plaintiff is not disabled and is not entitled to benefits.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

2 - ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#28). Accordingly, the Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 14th day of February, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge