IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **TIMOTHY A. DULANEY,** | 3:10-CV-1389-SU |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| **Defendant.** | |

Based on the Court's Order (#30) issued February 14, 2012, the Court hereby **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter **with prejudice**.

DATED this 14 day of February, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT